UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

TIMOTHY W. HOWARD, SR.         )
                                    )
v.                          )         NO. 2:06-CV-141
                                    )
OTTO PURKEY, ROOKIE INMAN,     )
DOUG RICH, HAMBLEN COUNTY     )
JAIL MEDICAL STAFF, BOBBY       )
BULLINGTON, JAMES COFFEY,      )
BOB OSBOURNE, DAVID CRIBLEY,  )
BRAD CRAWFORD, BOBBY THARP,  )
NURSE LINDA BROOKS, and ALL    )
EMPLOYEES AT HAMBLEN         )
COUNTY JAIL                    )

**MEMORANDUM**

This prisoner's *pro se* civil rights action under 42 U.S.C. § 1983 is before the

Court upon the postal return of correspondence sent to plaintiff, at the address he listed as his

current address in the complaint.  The correspondence was returned by the postal authorities

more than one year ago [i.e., February 14, 2008],  marked, "Return to Sender, Undeliverable As

Addressed, Unable to Forward."  Obviously, plaintiff has failed to keep the Court apprised as

to his correct address and, without it, neither the Court nor the defendants can communicate with

him regarding his case.

Therefore, this action will be **DISMISSED** by separate order for plaintiff's failure

to prosecute his claims.  *See* Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE.

     **ENTER**:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE